DAVID L. OLSON, ESQ. (Bar No. 49107)
LAW OFFICES OF DAVID L. OLSON
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 446-7844
Facsimile: (510) 446-7845
Email: david@dlolegal.com

Attorney for Debtors In Possession
Daniel E. Davis and Constance J. Davis

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN Re:

DANIEL E. DAVIS and CONSTANCE J. DAVIS,

    Debtors in Possession,

Case No. 12-42401 RLE 11

Chapter 11

DECLARATION OF GERARDA STOCKING IN SUPPORT OF RETENTION OF REAL ESTATE BROKER

11 USC §§ 327(a), 1107 and FED. R. BANKR. P. 2014(A)

I, Gerarda Stocking, declare:

1. I have personal knowledge of the facts set forth below. I can testify that said facts are true and correct

2. I am a licensed real estate broker under the laws of the State of California and co-owner of Stocking Realty and Investments (Stocking R & I and/or Broker) located at 392 So. Livermore Ave., Livermore, California 94550.

3. I have personal knowledge of the facts set forth herein. I can testify that said facts are

true and correct.

4. I have been licensed as a real estate agent in California since 1978 and a broker owner of Stocking Realty and Investments since 1979. Stocking R and I has been active in the Livermore real estate market since it's location there in 1980. I am a Certified Residential Specialist ("CRS"), a recipient of the Accredited Land Consultant Designation of the National Association of Realtors ("ALC") and was a Certified Real Estate Appraiser by the National Association of Real Estate Appraisers. Furthermore, I attended California State University of the East Bay and the American College of Paris Paris, France.

5. Stocking R & I has represented buyers and sellers of residential, ranch and winery properties throughout the Greater Bay area since 1978. I am particularly familiar with residential, ranch and vineyard properties in the Livermore Valley and surrounding regions. In the past ten years, Stocking R & I and I personally have been involved in the purchase and/or sale of approximately 14 winery/vineyard and ranch properties. The most recent vineyard/winery sale I participated in was a 10 Acre producing vineyard that belonged to the Winery Rios-Lovell. It closed escrow October 2011.Currently I listed the White Crane Winery in Livermore for $1,000,000.. It is a 12 acre property with a house and a small tasting room. It is pending close to the asking price.. It is in escrow and is due to close by June 3rd this year. I also have an exclusive listing on a 23 acre olive grove parcel with a house and some outbuildings in Livermore for $1,995,000. In the past it produced olive oil but currently they use it as a rural residential home. I also have several larger vacant parcels of land listed for sale in the Livermore Valley: 275 Acres off Hwy 84 for $5.9 million, 120 Acres off Vineyard Ave. for $4.95 million, 160 Acre off Tesla and Greenville for $9,000,000.

6. I have reviewed the foregoing application of the Debtors and I believe that the facts set forth in the application regarding the proposed retention of Stocking R and I are accurate. Broker

has agreed to act as real estate broker on behalf of the estate with respect to the sale of Red Feather Winery, 5700 Greenville Road, Livermore, CA 94550 (the "Property"). I am authorized to submit this declaration on behalf of Broker.

7. Broker has agreed to advertise the property at its expense, to show the Property to interested parties, to represent the estate as seller in connection with the sale of the Property to interested parties, and to advise the Debtors with respect to obtaining the highest and best offer available in the present market for the Property. Upon the consummation of a sale of the Property, Broker shall be entitled to receive a real estate broker's commission as set forth in the foregoing Application.

8. Notwithstanding the commission set forth in the foregoing Application, I understand that the court may allow compensation different from the compensation agreed upon, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

9. To the best of my knowledge, information and belief, neither I, Broker, nor anyone employed by Broker hold or represent any interest adverse to the estate. Neither I nor Broker hold any prepetition claim against the estate. Neither I, Broker, nor any of its employees to my knowledge represent or have any connection with any creditor or other party in interest in this case, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee. Neither Broker nor I had any connection with the Debtors prior to the filing of the petition in this case except as mentioned above. I believe that Broker, its members, and employees are "disinterested persons" for the purposes of rendering services on behalf of the estate as that term is defined in 11 U.S.C. § 101(14).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 2nd day of May, 2012, at Livermore, California.

*Gerarda Stocking*
Gerarda Stocking, Broker
Stocking Realty and Investments
DRE #00586995

LAW OFFICES OF DAVID OLSON, ESQ.
ATTORNEY AT LAW
1300 CLAY STREET, Suite 600
Oakland, California 94612
(510) 446-7844