The following constitutes
the order of the court. Signed May 15, 2012

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

DAVID L. OLSON, ESQ. (Bar No. 49107)
LAW OFFICES OF DAVID L. OLSON
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 446-7844
Facsimile: (510) 446-7845
Email: david@dlolegal.com

Attorney for Debtors In Possession
Daniel E. Davis and Constance J. Davis

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN Re:

DANIEL E. DAVIS and CONSTANCE J. DAVIS,

Debtors in Possession,

Case No. 12-42401 RLE 11

Chapter 11

ORDER AUTHORIZING DEBTORS IN POSSESSION TO EMPLOY REAL ESTATE BROKER

11 U.S.C §§ 327(a), 1107 and Fed. R. Bankr. P. 2014(A)

Upon consideration of the application (the "Application") of Daniel E. Davis and Constance J. Davis, the above-captioned debtors and debtors in possession (the "Debtors"), and the declaration of Gerarda Stocking submitted in connection therewith, and it appearing that Stocking Realty and Investment ("Broker"), a licensed real estate brokerage firm, does not hold any interest adverse to the Debtors or the estate and is a disinterested person as defined in 11 U.S.C. section 101(14), and that the employment of Broker by the Debtors is in the best interest of the estate, it is:

Page 1

ORDERED that Daniel E. Davis and Constance J. Davis, debtors and debtors in possession, are authorized to employ Stocking Realty and Investment to act as a real estate broker on behalf of the estate under the terms set forth in the Application with compensation to be paid as an administrative expense upon Court approval.

***END OF ORDER***

LAW OFFICES OF DAVID OLSON , ESQ.
ATTORNEY AT LAW
1300 Clay Street, Suite 600
Oakland, California 94612
(510)446-7844

# COURT SERVICE List

**Advanta Credit Cards**
P.O. Box 9217
Old Bethpage, NY 11804-9217

**American Express**
Becket & Lee
P.O. Box 3001
16 General Warren Blvd.,
Melbourne, PA 19355

**Brad Rudnick**
Finck, Rudnick & Co.
39510 Paseo Padre Parkway, Suite 260
Fremont, CA 94538

**Chase**
3801 S. Collins St. Fl. 1
Arlington, TX 76014-4122

**Chase**
P.O. Box 15298
Wilmington, DE 19850-5250

**Ether Web Internet Services**
1452 N. Vasco Rd. #292
Livermore, CA 94551

**Puget Sound Leasing**
P.O. Box 1295
Issaquah, WA 98027-0050

**The 1994 Donald Raymond Klein
and Peggy Ruth Klein Revocable Trust**
5200 Wild Rose Lane
Castro Valley, CA 94546-1600

**USCB, Inc.**
Kaiser Permanente
P.O. Box 74929
Los Angeles, CA 90004-0929

**Wells Fargo**
Attn: Bankruptcy Dept.
4101 Wiseman
San Antonio, TX 78251-4201